**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00017-REB-CBS

ERIN MILLER, and
JILL MILLER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

STARTEK SERVICES, INC., a corporation, and
STARTEK USA, INC., a corporation,

    Defendants.

**ORDER DISMISSING DEFENDANT STARTEK SERVICES, INC., ONLY**

**Blackburn, J.**

    The matter is before me on **Plaintiffs' Unopposed Motion To Dismiss Defendant Startek Services, Inc.** [#24][1] filed February 21, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendant, Startek Services, Inc., should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Unopposed Motion To Dismiss Defendant Startek Services, Inc.** [#24] filed February 21, 2011, is **GRANTED**;

    2. That plaintiffs' claims against defendant, Startek Services, Inc., are **DISMISSED WITHOUT PREJUDICE**; and

    3. That defendant, Startek Services, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated February 22, 2011, at Denver, Colorado.

                                          BY THE COURT:

                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.