**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00017-REB-CBS

ERIN MILLER, and
JILL MILLER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

STARTEK USA, INC., a corporation,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on plaintiffs' **Unopposed Emergency Motion For Leave** [#85][2] filed January 25, 2012. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiffs' **Unopposed Emergency Motion For Leave** [#85] filed January 25, 2012, is **GRANTED**;

2. That counsel for the plaintiffs, D. Brett Turnbull, shall participate in the Preliminary Approval of the Settlement Agreement set for 1:30 p.m., January 26, 2012, by telephone; and

3. That D. Brett Turnbull shall contact the chambers of the Honorable Robert E. Blackburn, United States District Judge at (303) 335-2350 at the scheduled time of the hearing in order to participate by telephone.

    Dated:  January 26, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.