**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **ERIN MILLER and JILL MILLER, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**STARTEK SERVICES, INC., a corporation, STARTEK USA, INC., a corporation,**<br><br>Defendants. | **Civil Action Number:<br>11-CV-00017-REB-CBS** |

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR APPROVAL OF PAYMENT OF ATTORNEY FEES, COSTS, AND STIPEND FOR CLASS REPRESENTATIVES, ERIN MILLER AND JILL MILLER**

**Blackburn, J.**

The matter is before me on plaintiffs' **Unopposed Application for Approval of Payment of Attorney Fees, Costs, and Stipend for Class Representatives, Erin Miller and Jill Miller** [#92][1] filed May 21, 2012, in accordance with 29 U.S.C.§216(b), Fed. R. Civ. 54(d)(2) and the District of Colorado Local Rule 54.3.  After reviewing the application and the file, I conclude that the application should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#92]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That plaintiffs' **Unopposed Application for Approval of Payment of Attorney Fees, Costs, and Stipend for Class Representatives, Erin Miller and Jill Miller** [#92] filed May 21, 2012, is **GRANTED**; and

2.  That defendant is ordered to make a check payable to Farris, Riley & Pitt, L.L.P. for $225,000.00 for attorney fees and costs, to Jill Miller for $5,000.00 (c/o Farris, Riley & Pitt, L.L.P.) as a stipend for her time and effort in representing this class of Plaintiffs, and Erin Miller for $5,000.00 (c/o Farris, Riley & Pitt, L.L.P.) as a stipend for her time and effort in representing this class of Plaintiffs within the time specified in the Settlement Agreement.

Dated May 22, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge